UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 1:16-MJ-68 |
| | ) | |
| ALA EL BASHATLY | ) | |

## MOTION FOR DETENTION

Comes now the United States of America by Stacey R. Speith, Assistant United States Attorney for the Northern District of Indiana, and moves the Court to detain the defendant, ALA EL BASHATLY, pursuant to 18 U.S.C. §3142(e) because the defendant is a danger to the community and a serious risk of flight.

WHEREFORE, the United States of America requests that the Court detain the defendant, ALA EL BASHATLY, pursuant to 18 U.S.C. § 3142(e) for further proceedings in this matter.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ Stacey R. Speith
Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: Stacey.speith@usdoj.gov