**REDACTED**   FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

'16 JUN 22 PM 1:59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:16-CR-33 |
| | ) | Violations: 18 U.S.C. § 2423(b) |
| ALA EL BASHATLY | ) | 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 23, 2016, in the Northern District of Indiana and elsewhere,

ALA EL BASHATLY,

defendant herein, did knowingly travel into the United States, from Ontario Canada to Indiana, for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f)(1), with another person, that being a minor under eighteen years of age;

All in violation of 18 U.S.C. § 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about April 17, 2016, in the Northern District of Indiana and elsewhere,

ALA EL BASHATLY,

defendant herein, did knowingly travel into the United States, from Ontario Canada to Indiana, for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f)(1), with another person, that being a minor under eighteen years of age;

All in violation of 18 U.S.C. § 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

On or about June 14, 2016, in the Northern District of Indiana and elsewhere,

ALA EL BASHATLY,

defendant herein, did knowingly travel into the United States, from Ontario Canada to Indiana, for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f)(1), with another person, that being a minor under eighteen years of age;

All in violation of 18 U.S.C. § 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about and between March 23, 2016 and April 17, 2016, in the Northern District of Indiana and elsewhere,

ALA EL BASHATLY,

defendant herein, did use any facility and means of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce an individual, who had not attained the age of 18 years, specifically minor Jane Doe, to engage in sexual activity for which any person could be charged with a criminal offense, specifically Sexual Misconduct with a Minor, in violation of Indiana Code § 35-42-4-9, and did attempt to do so;

All in violation of 18 U.S.C. § 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about and between April 22, 2016 and June 14, 2016, in the Northern District of Indiana and elsewhere,

ALA EL BASHATLY,

defendant herein, did use any facility and means of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce an individual, whom he believed to be a female minor who had not attained the age of 18 years, but who was in fact an undercover law enforcement officer, to engage in sexual activity for which any person could be charged with a criminal offense, specifically Sexual Misconduct with a Minor, in violation of Indiana Code § 35-42-4-9, and did attempt to do so;

All in violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2428(b)(1)(A).

Upon conviction of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b)(1)(A) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including but not limited to the following:

a) HTC cellular phone, model OP68160,

b) 2012 Kia Forte.

A TRUE BILL

/s/ Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By:   Stacey R. Speith
      Assistant United States Attorney
      E. Ross Adair Federal Bldg. & U.S. Courthouse
      1300 S. Harrison Street, Room 3128
      Fort Wayne, IN 46802
      Telephone: (260) 422-2595
      Facsimile: (260) 426-1616
      E-mail Address: stacey.speith@usdoj.gov