UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-CR-33 |
| | ) | |
| ALA EL BASHATLY | ) | |

## MOTION TO DISMISS COUNT 1

Comes now the United States of America and moves the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count 1 as charged in the Indictment filed in this cause on June 22, 2016. The United States intends to proceed to trial only on Counts 2 through 5 of the Indictment.

WHEREFORE, the United States seeks leave of the Court pursuant to Rule 48(a) to dismiss Count 1 as charged in the Indictment filed on June 22, 2016, with prejudice.

           Respectfully submitted,

           THOMAS L. KIRSCH, II
           UNITED STATES ATTORNEY

           /s/ Stacey R. Speith
By:  Stacey R. Speith
      Assistant United States Attorney
      E. Ross Adair Federal Bldg.
      & U.S. Courthouse
      1300 S. Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone: (260) 422-2595
      Facsimile: (260) 426-1616
      E-mail Address: Stacey.speith@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users received service by the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

/s/ Megan McKenzie
Megan McKenzie
Legal Assistant


OFFICE OF THE U.S. ATTORNEY
E. Ross Adair Federal Building and U.S. Courthouse
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile:  (260) 426-1616