UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> ) Case Number: 1:16-CR00033-TLS-SLC<br> )<br>    v. )<br> )<br>ALA EL BASHATLY )<br>    Defendant, ) | |

## DEFENDANT'S REQUEST FOR PRETRIAL DISCLOSURE OF RULE 404(B) EVIDENCE THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL

The Defendant, Ala El Bashatly, by counsel, respectfully requests from the Government pretrial notice of any other crimes, wrongs, or acts evidence the Government intends to introduce at trial in accordance with Rule 404(b) of the Federal Rules of Evidence.

Respectfully submitted,

/s/ Stacy R. Uliana_____
#20413-32
P.O. Box 744
Bargersville, IN 46106
(317) 422-1686
Fax (317) 732-1870
stacy@ulianalaw.com


/s/ Dorothy A. Maryan_____
Dorothy A. Maryan #22392-53
P.O. Box 282
Bargersville, IN 46106
Telephone: (317) 245-6141
Fax: (317) 245-6140
doriemaryan@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Indiana by using the CM/ECF System.

      /s/ Dorothy A. Maryan
      Dorothy A. Maryan #22392-53