UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 1:16CR33 |
| | ) | |
| ALA EL BASHATLY | ) | |

### NOTICE OF VICTIM'S REQUEST TO OBSERVE
### SENTENCING HEARING

The United States of America, by and through Thomas L. Kirsch, II, United States Attorney for the Northern District of Indiana, and Stacey R. Speith, Assistant United States Attorney, hereby files this Notice of Victim's Request to Observe Sentencing Hearing.

On February 5, 2020, Ala El Bashatly entered a plea of guilty to Count 2 of the Indictment. Sentencing is scheduled for May 19, 2020 at 1:30 p.m. The victim of the offense is E.P. E.P. is currently 18 years old. Pursuant to 18 U.S.C. § 3771, E.P. has right to be present at any public proceedings, including a sentencing hearing and to be heard.

E.P. has notified the Government that she wishes to observe the sentencing hearing scheduled for May 19, 2020. E.P. wishes to watch the sentencing hearing but, if possible, would like to not be seen. I have spoken

1

to defense counsel who does not object to E.P.'s request. I have spoken to the Court's technology specialist who has informed me that it is technologically possible for E.P. to observe the proceedings and have her video turned off.

WHEREFORE, the Government now notifies the Court of E.P.'s desire to participate in the sentencing hearing scheduled for May 19, 2020 at 1:30 p.m. The Government further requests the Court allow E.P. to observe the hearing while having her video turned off.

Respectfully submitted,

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

    /s/ Stacey R. Speith

By: Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address:
Stacey.speith@usdoj.gov