UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-CR-33-HAB |
| | ) | |
| ALA EL BASHATLY | ) | |

**OPINION AND ORDER**

Defendant, an international child sex predator, unsuccessfully moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A) earlier this year. (ECF No. 192). Undeterred, he is back, raising the exact same grounds for relief that the Court previously rejected. (ECF No. 206). The Court is no more moved by Defendant's arguments now than it was in January. So, for the reasons set forth in the Court's January 25, 2022, Opinion and Order (ECF No. 201), which are incorporated herein by reference, Defendant's Emergency Motion (ECF No. 206) is DENIED.

SO ORDERED on March 28, 2022.

                                                  s/ *Holly A. Brady*
                                                  JUDGE HOLLY A. BRADY
                                                  UNITED STATES DISTRICT COURT